| Caption of Suit And Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Canadian Pacific Railway Ltd., by its Agent TLA-Newark LLC v. Brite Carting and Stephen Love, Index No. 113042/08 | Civil Action, Commercial | Civil Court of the City of New York, 141 Livingston Street, Brooklyn, New York 11201 | Case settled by Busienss April 27, 2009, $4,000.00 |
| JP Morgan Chase Bank v. Sta-Brite Carpet Care, Inc., and Stephen B. Love, Index NO. 05-17856 | Civil Action on a Promissory Note | Supreme Court of the State of New York, County of Nassau, 100 Supreme Court Drive, Mineola, New York 11501 | Judgment Entered January 13, 2006 in favor of J.P. Morgan Chase Bank |
| Lemcor, Inc., V. Brite Carting and Stephen Love, Index No. 121446/09 | Civil Action, Commercial | Civil Court of the City of New York, 141 Livingston Street, Brooklyn, New York 11201 | Complaint Filed 11/17/09 |
| Sovereign Bank as successor in Interest by merger to Independence Commuinity Bank, v. Maribellax Group, Ltd., Stephen Love, and Sta-Brite Services, Inc., Index No. 113242/2008 | Civil Action on a Promissory Note | Supreme Court of the State of New York, County of New York, 60 Center Street, New York, New York 10007 | Case Pending |