Steven Love
Statement of Financial Affairs: Ownership Schedule

| Name | EIN # | Address | Ownership % | Business Activity | Dates of Ownership | Status |
|---|---|---|---|---|---|---|
| 62 Montgomery Corp | 13-4080377 | 63 Montgomery Ave Staten Island, NY 10301 | 50% | Real Estate | 9/20/99 - 12/31/08 | Inactive |
| 63 - 65 Corp | 13-3855835 | 63 Montgomery Ave Staten Island, NY 10301 | 100% | Real Estate | 2/2/95 - 12/31/07 | Inactive |
| Brite Carting Inc. | 03-0473882 | 63 Montgomery Ave Staten Island, NY 10301 | 20% | Carting | 7/12/02 - 12/31/07 | Inactive |
| Sta-Brite Services Inc. | 13-4036583 | 63 Montgomery Ave Staten Island, NY 10301 | 100% | Restoration Services | 9/24/04 - 12/31/06 | Inactive |
| MaribellaX Group Ltd | 13-4176924 | 63 Montgomery Ave Staten Island, NY 10301 | 20% | Real Estate | 6/15/01 - 12/31/06 | Inactive |