Mailing List of Creditors Amended 122809.txt
Creditors Added to the List of Creditors in Petition

The Best Service Company
10780 Santa Monica Blvd, Suite 140
Los Angeles California 90025
ATTN: Roger Millstein

New York City Department of Consumer Affairs
c/o Leopold Gross & Sommers, P.C.
105 Court Street Suite 609
Brooklyn, New York 11201-5645