# BRITE CARTING

63 Montgomery Avenue • Staten Island, NY • 10301
PHONE: (718) 720-0885   FAX: (718) 720-1976

January 4, 2010

To Whom it May Concern,

Re: Love, Stephen XXX-XX-9712

Please be advised that Stephen Love has not taken payment as salary within the last 60 days.

Sincerely,

Maria Susino
Bookkeeper

*"You've been wrong enough, to be right once"* — BRITE CARTING