UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK

In re

LOVE, STEPHEN

Debtor(s)

Case # 109-51178 ESS
CHAPTER 7
STIPULATION/
APPLICATION
EXTENDING TIME TO
OBJECT TO DISCHARGE
AND EXEMPTION

## STIPULATION

WHEREAS, the deadline to object to the discharge of the above captioned Debtor (or if the above captioned case is a joint case, Debtors) has not yet expired; and

WHEREAS, this is the first extension of said deadline; and

WHEREAS, the meeting of creditors required by section 341 of the Bankruptcy Code has not been closed.

IT IS HEREBY stipulated and agreed by and between the undersigned

(A) that the time period:

(1) within which the Trustee David J. Doyaga ("Trustee") may object to the discharge of the Debtor(s) is hereby extended from: 03/29/2010 to 06/30/2010; and,

(2) for the Chapter 7 Trustee to make an objection to any claimed exemptions of property of the estate (or any amendment to any claimed exemption) which would otherwise expire 30 days after the closing of the Section 341 meeting of Creditors is extended until the close of the above captioned case as described in Section 350(a) of the United States Bankruptcy Code; and

(B) that Trustee may file a copy of this Stipulation as an application to the Court to enter an Order so extending the deadlines as herein provided.

Dated: Brooklyn, New York
March 28, 2010

_____, Esq. Bar No. _____
Attorney for Debtor (if any)
RICHARD M GABOR
Fax: (718) 390-9886

_____
David J. Doyaga, Sr., DD7297
Chapter 7 Trustee
26 Court Street, Ste. 1002, Brooklyn, NY 11242
(718)488-7500